IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-567-D

| | |
|---|---|
| RICHARD GABRIEL ERTSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KATIE PERRY, ) | |
| ) | |
| Defendant. ) | |

On October 2, 2024, plaintiff filed a civil action in this court and paid the $405 filing fee [D.E. 1]. On October 4, 2024, plaintiff filed a motion for voluntary dismissal and for a refund of the $405 filing fee [D.E. 5].

The court has considered plaintiff's motion to dismiss. See Fed. R. Civ. P. 41(a). Plaintiff's motion to dismiss is granted. Plaintiff chose to file this case. There is no provision in the Federal Rules of Civil Procedure or the rules of this court to permit a refund of the filing fee to a plaintiff. The motion for a refund is denied.

In sum, the court GRANTS plaintiff's motion to dismiss [D.E. 5] and DENIES plaintiff's motion for a refund [D.E. 5]. The clerk shall close the case.

SO ORDERED. This 11 day of October, 2024.

JAMES C. DEVER III
United States District Judge