UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RICHARD GABRIEL ERTSEY,<br><br>        Plaintiff,<br><br>vs.<br><br>KATIE PERRY,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-567-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to dismiss [D.E. 5] and DENIES plaintiff's motion for a refund [D.E. 5]. The clerk shall close the case.

This Judgment filed and entered on October 11, 2024, and copies to:
Richard Gabriel Ertsey      (via US Mail to 94 Rushing Wind Way, Apex, NC 27502)

October 11, 2024                                     Peter A. Moore, Jr.
                                                                       Clerk of Court

                                                               By: /s/ Stephanie Mann
                                                                      Deputy Clerk